NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
EMMA MORALYAN (SBN 311511)
emma.moralyan@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:    213 623 9300
Facsimile:    213 623 9924

Attorneys for Defendant
FAT BRANDS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BALLARD, an individual,<br><br>Plaintiff,<br>v.<br><br>FAT BRANDS INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00686-SB-DTB<br><br>**ANSWER TO THE FIRST AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES**<br><br>Honorable Stanley Blumenfeld, Jr.<br><br>Action Filed:  March 14, 2025<br>Trial Date:    Not Set |

Defendant Fat Brands, Inc. ("Defendant"), by and through undersigned counsel, responds to the First Amended Complaint (the "Complaint") of Plaintiff Charles Ballard ("Plaintiff"), and each and every alleged cause of action set forth therein, and answers, alleges, and denies as follows.

## I.    NATURE OF THE ACTION

1.    Answering Paragraph 1 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant admits that Defendant and/or its affiliates own and/or operate the Website but otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

2.    Answering Paragraph 2 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

130480616\V-1

admits that Defendant and/or its affiliates own and/or operate the Website but otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

3.    Answering Paragraph 3 of the Complaint, Defendant denies the allegations.

4.    Answering Paragraph 4 of the Complaint, Defendant denies the allegations.

5.    Answering Paragraph 5 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. Also, it is a legal conclusion for which no response is required. To the extent a response may be required, Defendant denies the allegations.

6.    Answering Paragraph 6 of the Complaint (inclusive of the bulleted list therein), Defendant denies the allegations.

7.    Answering Paragraph 7 of the Complaint, the allegations pertaining to third parties are not directed to Defendant; therefore, no response is required. And as to the remaining allegations directed to Defendant, Defendant denies them.

8.    Answering Paragraph 8 of the Complaint, Defendant denies the entirety of the allegations, including the content in Exhibit A.

9.    Answering Paragraph 9 of the Complaint, the allegations pertaining to third parties are not directed to Defendant; therefore, no response is required. And as to the remaining allegations directed to Defendant, Defendant denies them.

10.    Answering Paragraph 10 of the Complaint, the allegations pertaining to third parties are not directed to Defendant; therefore, no response is required. To the extent a response may be required, Defendant denies the allegations.

11.    Answering Paragraph 11 of the Complaint, the allegations pertaining to third parties are not directed to Defendant; therefore, no response is required. The allegations also contain legal conclusions to which a response is not required. To the extent a response may be required, Defendant denies the allegations.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

12.     Answering Paragraph 12 of the Complaint, Defendant denies the allegations.

13.     Answering Paragraph 13 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

14.     Answering Paragraph 14 of the Complaint, there are no allegations directed to Defendant. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

## II.     PARTIES

15.     Answering Paragraph 15 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

16.     Answering Paragraph 16 of the Complaint, admit that Defendant and / or its affiliates own, operate, and/or control the Website, which offers goods and services.

17.     Answering Paragraph 17 of the Complaint, admit.

18.     Answering Paragraph 18 of the Complaint, admit that Defendant owns over 2,300 units worldwide in various restaurant / dining brands and locations. Admit that Defendant has a diverse customer base and that its restaurant brands encompass various culinary categories, such as burgers, pizza, wings, ice cream, and classic American fare, accommodating different dining preferences and demographics.

19.     Answering Paragraph 19 of the Complaint, admit.

20.     Answering Paragraph 20 of the Complaint, admit.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

130480616\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

### III.    JURISDICTION AND VENUE

21.    Answering Paragraph 20 of the Complaint, it is a legal conclusion for which no response is required. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

22.    Answering Paragraph 22 of the Complaint, Defendant states that whether Defendant is subject to personal jurisdiction in the Central District of California is a legal conclusion to which no response is required. Defendant admits that it does business in the State of California and that its Website is available in California. To the extent not expressly admitted, Defendant denies each and every remaining allegation in Paragraph 22.

23.    Answering Paragraph 23 of the Complaint, it is a legal conclusion for which no response is required. Defendant admits that it does business in the State of California and that its Website is available in California. To the extent not expressly admitted, Defendant denies each and every remaining allegation in Paragraph 23.

### IV.    GENERAL ALLEGATIONS

#### A.    *The California Invasion of Privacy Act (CIPA)*

24.    Answering Paragraph 24 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

25.    Answering Paragraph 25 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

26.    Answering Paragraph 26 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

27.     Answering Paragraph 27 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

28.     Answering Paragraph 28 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

29.     Answering Paragraph 29 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

30.     Answering Paragraph 30 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

31.     Answering Paragraph 31 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

32.     Answering Paragraph 32 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

33.     Answering Paragraph 33 of the Complaint, contains legal conclusions to which no response is required. Defendant denies the remaining allegations.

34.     Answering Paragraph 34 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

35.     Answering Paragraph 35 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

**B.     *The Trackers Are "Pen Registers" and/or "Trap and Trace Devices"***

36.     Answering Paragraph 36 of the Complaint and Figure 1 therein, regarding the conduct of Plaintiff and Class Members, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them. Defendant denies the remaining allegations.

37.     Answering Paragraph 37 of the Complaint, regarding the conduct of Plaintiff and Class Members, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them. Defendant denies the remaining allegations.

38.     Answering Paragraph 38 of the Complaint, Defendant denies the allegations.

39.     Answering Paragraph 39 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

40.     Answering Paragraph 40 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

41.     Answering Paragraph 41 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

130480616\V-1

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

42.    Answering Paragraph 42 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

43.    Answering Paragraph 43 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

44.    Answering Paragraph 44 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

45.    Answering Paragraph 45 of the Complaint, Defendant denies the allegations.

**C.    *The Use of Pixel Trackers or Beacons and Digital Fingerprinting***

46.    Answering Paragraph 46 of the Complaint, regarding the conduct of Plaintiff and Class Members, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them. Defendant denies the remaining allegations.

47.    Answering Paragraph 47 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant denies the allegations.

48.    Answering Paragraph 48 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

49.     Answering Paragraph 49 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

50.     Answering Paragraph 50 of the Complaint, Defendant denies the allegations.

51.     Answering Paragraph 51 of the Complaint, Defendant denies the allegations.

52.     Answering Paragraph 52 of the Complaint, Defendant denies the allegations.

**D.    *Plaintiff and Class Members' Data Has Financial Value***

53.     Answering Paragraph 53 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

54.     Answering Paragraph 54 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

55.     Answering Paragraph 55 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

56.     Answering Paragraph 56 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

57.     Answering Paragraph 57 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

58.     Answering Paragraph 58 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

59.     Answering Paragraph 59 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

60.     Answering Paragraph 60 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant denies the allegations.

**E.     *Defendant Is Motivated to Monetize Consumer Information Regardless of Consent***

61.     Answering Paragraph 61 of the Complaint, Defendant denies the allegations.

62.     Answering Paragraph 62 of the Complaint, Defendant denies the allegations.

63.     Answering Paragraph 63 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant denies the allegations.

64.     Answering Paragraph 64 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant denies the allegations.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

65.     Answering Paragraph 65 of the Complaint, Defendant denies the allegations.

66.     Answering Paragraph 66 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant denies the allegations.

67.     Answering Paragraph 67 of the Complaint, Defendant denies the allegations.

68.     Answering Paragraph 68 of the Complaint, Defendant denies the allegations.

## V.     <u>SPECIFIC ALLEGATIONS</u>

### A.     *The TikTok Tracker*

69.     Answering Paragraph 69 of the Complaint, it contains no allegations directed to Defendant, and therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

70.     Answering Paragraph 70 of the Complaint, Defendant denies the allegations.

71.     Answering Paragraph 71 of the Complaint and Figure 2, Defendant denies the allegations.

72.     Answering Paragraph 72 of the Complaint and Figure 3, Defendant denies the allegations.

73.     Answering Paragraph 73 of the Complaint, Defendant denies the allegations.

74.     Answering Paragraph 74 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

75. Answering Paragraph 75 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

76. Answering Paragraph 76 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant denies the allegations.

77. Answering Paragraph 77 of the Complaint, Defendant denies the allegations.

78. Answering Paragraph 78 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

**B.    *The Facebook Tracker***

79. Answering Paragraph 79 of the Complaint, Defendant denies the allegations.

80. Answering Paragraph 80 of the Complaint, Defendant denies the allegations.

81. Answering Paragraph 81 of the Complaint and Figure 4, Defendant denies the allegations.

82. Answering Paragraph 82 of the Complaint and Figure 5, Defendant denies the allegations.

83. Answering Paragraph 83 of the Complaint, Defendant denies the allegations.

84. Answering Paragraph 84 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

85.    Answering Paragraph 85 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

86.    Answering Paragraph 86 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

87.    Answering Paragraph 87 of the Complaint, Defendant denies the allegations.

88.    Answering Paragraph 88 of the Complaint, Defendant denies the allegations.

### C.    The Google Tracker

89.    Answering Paragraph 89 of the Complaint, Defendant denies the allegations.

90.    Answering Paragraph 90 of the Complaint and Figure 6, Defendant denies the allegations.

91.    Answering Paragraph 91 of the Complaint and Figure 7, Defendant denies the allegations.

92.    Answering Paragraph 92 of the Complaint and Figure 8, Defendant denies the allegations.

93.    Answering Paragraph 93 of the Complaint, Defendant denies the allegations.

94.    Answering Paragraph 94 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

95.    Answering Paragraph 95 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

96.    Answering Paragraph 96 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

97.    Answering Paragraph 97 of the Complaint, Defendant denies the allegations.

98.    Answering Paragraph 98 of the Complaint, Defendant denies the allegations.

## VI.    CLASS ALLEGATIONS

99.    Answering Paragraph 99 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

100.    Answering Paragraph 100 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

101.    Answering Paragraph 101 of the Complaint (and all bullet points contained therein), it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

102.    Answering Paragraph 102 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

130480616\V-1

1  knowledge or information sufficient to form a belief as to the truth of the

2  allegations, and on that basis denies those allegations.

3      103.    Answering Paragraph 103 of the Complaint, it is a legal conclusion for

4  which no response is required. To the extent a response is required, Defendant lacks

5  knowledge or information sufficient to form a belief as to the truth of the

6  allegations, and on that basis denies those allegations.

7      104.    Answering Paragraph 104 of the Complaint, it is a legal conclusion for

8  which no response is required. To the extent a response is required, Defendant lacks

9  knowledge or information sufficient to form a belief as to the truth of the

10  allegations, and on that basis denies those allegations.

11  ## VI.[*sic*]    FIRST CAUSE OF ACTION

12  ### *Violations of Cal. Penal Code § 638.51*

13  ### *By Plaintiff Against All Defendants*

14      105.    Answering Paragraph 105, Defendant incorporates its responses to all

15  preceding paragraphs above as if fully set forth herein.

16      106.    Answering Paragraph 106, Defendant denies the allegations.

17      107.    Answering Paragraph 107, Defendant denies the allegations.

18      108.    Answering Paragraph 104 of the Complaint, it is a legal conclusion for

19  which no response is required. To the extent a response is required, Defendant

20  denies the allegations.

21  ## VII.[*sic*]    SECOND CAUSE OF ACTION

22  ### *Violations of Cal. Constitution Article I § 1*

23  ### *By Plaintiff Against All Defendants*

24      109.    Answering Paragraph 109, Defendant incorporates its responses to all

25  preceding paragraphs above as if fully set forth herein.

26      110.    Answering Paragraph 110 of the Complaint, it is a legal conclusion for

27  which no response is required. To the extent a response is required, Defendant lacks

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

111.    Answering Paragraph 111, Defendant denies the allegations.

112.    Answering Paragraph 112, Defendant denies the allegations.

113.    Answering Paragraph 113, Defendant denies the allegations.

114.    Answering Paragraph 114, Defendant denies the allegations.

115.    Answering Paragraph 115, Defendant denies the allegations.

116.    Answering Paragraph 116, Defendant denies the allegations.

### VIII.[*sic*]    THIRD CAUSE OF ACTION

#### *Violations of Cal. Civil Code § 1798.100, et seq.*

#### *By Plaintiff Against All Defendants*

117.    Answering Paragraph 117, Defendant incorporates its responses to all preceding paragraphs above as if fully set forth herein.

118.    Answering Paragraph 118 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

119.    Answering Paragraph 119 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

120.    Answering Paragraph 120 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

121.    Answering Paragraph 121, Defendant denies the allegations.

122.    Answering Paragraph 122, Defendant denies the allegations.

123.    Answering Paragraph 123, Defendant denies the allegations.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES

124.    Answering Paragraph 124, Defendant denies the allegations.

### IX.[*sic*]        <u>**FOURTH CAUSE OF ACTION**</u>

### *Violations of Business & Professions Code § 17200*

### *By Plaintiff Against All Defendants*

125.    Answering Paragraph 125, Defendant incorporates its responses to all preceding paragraphs above as if fully set forth herein.

126.    Answering Paragraph 126 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

127.    Answering Paragraph 127 of the Complaint, Defendant denies the allegations.

      a.    Answering Paragraph 127a of the Complaint, Defendant denies the allegations.

      b.    Answering Paragraph 127b of the Complaint, Defendant denies the allegations.

      c.    Answering Paragraph 127c of the Complaint, Defendant denies the allegations.

128.    Answering Paragraph 128 of the Complaint, Defendant denies the allegations.

129.    Answering Paragraph 129 of the Complaint, Defendant denies the allegations.

130.    Answering Paragraph 130 of the Complaint, Defendant denies the allegations.

131.    Answering Paragraph 131 of the Complaint, Defendant denies the allegations.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

132.    Answering Paragraph 132 of the Complaint, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant denies the allegations.

### X.[*sic*]         FIFTH CAUSE OF ACTION

#### *Intrusion Upon Seclusion*

#### *By Plaintiff Against All Defendants*

133.    Answering Paragraph 133, Defendant incorporates its responses to all preceding paragraphs above as if fully set forth herein.

134.    Answering Paragraph 134, it is a legal conclusion for which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.

135.    Answering Paragraph 135 of the Complaint, Defendant denies the allegations.

136.    Answering Paragraph 136 of the Complaint, Defendant denies the allegations.

137.    Answering Paragraph 137 of the Complaint, Defendant denies the allegations.

138.    Answering Paragraph 138 of the Complaint, Defendant denies the allegations.

139.    Answering Paragraph 139 of the Complaint, Defendant denies the allegations.

140.    Answering Paragraph 140 of the Complaint, Defendant denies the allegations.

141.    Answering Paragraph 141 of the Complaint, Defendant denies the allegations.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

# XI.[*sic*]    SIXTH CAUSE OF ACTION

## *Unjust Enrichment*

### *By Plaintiff Against All Defendants*

142.    Answering Paragraph 142, Defendant incorporates its responses to all preceding paragraphs above as if fully set forth herein.

143.    Answering Paragraph 143 of the Complaint, Defendant denies the allegations.

144.    Answering Paragraph 144 of the Complaint, Defendant denies the allegations.

145.    Answering Paragraph 145 of the Complaint, Defendant denies the allegations.

146.    Answering Paragraph 146 of the Complaint, Defendant denies the allegations.

147.    Answering Paragraph 147 of the Complaint, Defendant denies the allegations.

148.    Answering Paragraph 148 of the Complaint, Defendant denies the allegations.

## PRAYER FOR RELIEF

Answering the Prayer for Relief, except as expressly admitted above, Defendant denies each and every allegation, and specifically denies that Plaintiffs are entitled to any relief from Defendant.

## AFFIRMATIVE DEFENSES

In addition to the foregoing, Defendant alleges and asserts the affirmative defenses set forth herein. By pleading these affirmative defenses, Defendant does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiff. By setting forth the following affirmative defenses, Defendant does not waive its right to assert additional defenses as the facts of this action develop.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

130480616\V-1

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

Defendant alleges that the Plaintiff fails to state facts sufficient to constitute a cause of action and/or fail to state facts sufficient to constitute a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Standing)

Defendant alleges that Plaintiff's causes of action or claims for relief are barred because Plaintiff lacks standing to bring them in this Court.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Plead with Particularity)

The Complaint's allegations, and the causes of action alleged therein, are not pleaded with sufficient particularity, are uncertain, vague and ambiguous, and fail to meet the applicable pleading requirements under law.

## FOURTH AFFIRMATIVE DEFENSE

### (Uncertainty)

As a further, separate and affirmative defense, Defendant alleges that the causes of action in the Complaint are uncertain, ambiguous and/or unintelligible.

## FIFTH AFFIRMATIVE DEFENSE

### (Waiver)

Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver because Plaintiff manifested agreement through words and/or conduct to the sharing and/or using of personal information as alleged in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

### (Release)

Plaintiff's claims are barred, in whole or in part, to the extent discovery reveals they have been released.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

## SEVENTH AFFIRMATIVE DEFENSE

### (No Injury)

Plaintiff has not sustained any injury, harm and/or damage as a result of any actions allegedly taken or omissions allegedly made by Defendant and is thus barred from asserting any claim against Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

### (Consent)

Plaintiff's claims are barred, in whole or in part, because Plaintiff consented to and approved the acts and omissions alleged in the Complaint.

## NINTH AFFIRMATIVE DEFENSE

### (Implied Consent)

Plaintiff, through Plaintiff's actions and conduct, impliedly consented to and approved the acts and omissions alleged in the Complaint.

## TENTH AFFIRMATIVE DEFENSE

### (Acquiescence/Ratification)

Plaintiff's claims are barred, in whole or in part, by the doctrines of acquiescence and/or ratification as a result of the acts, conduct and omissions of Plaintiff, or of others that are attributable to Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Authorization)

Plaintiff's claims are barred, in whole or in part, because at all relevant times, Defendant's alleged conduct was authorized through Plaintiff's consent to Defendant's applicable policies.

## TWELFTH AFFIRMATIVE DEFENSE

### (Limitations on Liability)

Plaintiff's claims are barred, in whole or in part, because Plaintiff agreed to release Defendant from liability or to limit Defendant's liability for the alleged conduct at issue.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

130480616\V-1

ANSWER TO THE FIRST AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiff's claims for damages are barred, in whole or in part, to the extent discovery reveals Plaintiff failed to mitigate the damages.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Statutes of Limitation)

Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitation, including, but not limited to, by one or more statutes of limitation under applicable law.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Estoppel)

The causes of action asserted in the Complaint are barred because Plaintiff is estopped by Plaintiff's own actions and conduct from pursuing the claims in the Complaint.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff's claims are barred, in whole or in part, to the extent discovery reveals the doctrines of unclean hands or *in pari delicto*, and/or inequitable conduct, apply.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

The right to relief on behalf of Plaintiff is barred by the doctrine of unjust enrichment. Plaintiff would be unjustly enriched if allowed to recover the relief claimed to be due.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

130480616\V-1

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

### NINETEENTH AFFIRMATIVE DEFENSE

### (No Entitlement to Damages or Injunctive Relief)

Plaintiff is barred from any recovery from Defendant because Plaintiff cannot show that Plaintiff is entitled to damages or injunctive relief as a result of any acts or omissions by Defendant.

### TWENTIETH AFFIRMATIVE DEFENSE

### (Third Parties)

Plaintiff's claims are barred, in whole or in part, because Defendant is not responsible for the actions, content or information of third parties.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Incident to Rendition of Services)

Plaintiff's claims are barred, in whole or in part, because at all relevant times, Defendant's actions were necessary incident to the rendition of services.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Mistake of Fact)

The Complaint and the purported causes of action alleged in the Complaint are barred on the grounds that Plaintiff has a mistaken belief, or mistake of fact, as to the nature and/or extent of any purported interception, recording(s) and sharing of Plaintiff's communications with Defendant's website.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

### (No Unlawful, Unfair, or Fraudulent Conduct)

Plaintiff is barred from any recovery because Defendant did not engage in any unlawful, unfair, or fraudulent conduct.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Compliance with Law)

Plaintiff is barred from any recovery because Defendant complied with all relevant laws at all points relevant to the Complaint.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (No Reasonable Expectation of Privacy)

Plaintiff is barred from any recovery from Defendant because Plaintiff had no reasonable expectation of privacy in their communications and interactions with Defendant and the Website.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (No Actual Damages)

Plaintiff is barred from any recovery because Plaintiff sustained no actual damages or injury.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Additional Defenses/Reservation of Rights)

As a further, separate and affirmative defense, Defendant alleges that it may have other separate and additional defenses of which it is presently unaware. Defendant reserves the right to amend these defenses and allege additional defenses based on the discovery of information during the course of this arbitration.

By asserting the foregoing affirmative defenses, Defendant has not waived, expressly or impliedly, any other defenses or claims.

## PRAYER

WHEREFORE, Defendant prays for judgment as follows:

1.    That Plaintiff take nothing by way of Plaintiff's Complaint on file herein;

2.    That Plaintiff's claims be dismissed with prejudice;

3.    That Defendant be awarded its costs of suit incurred herein; and

/ / /

/ / /

/ / /

/ / /

/ / /

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

- 23 -

ANSWER TO THE FIRST AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES

130480616\V-1

1          4.      For such other relief as the Court may deem just and proper.

2

3    Dated: June 6, 2025                          Respectfully submitted,

4                                                DENTONS US LLP
                                                 Nick S. Pujji
5                                                Emma Moralyan

6                                                By: */s/ Nick S. Pujji*
7                                                      Nick S. Pujji

8                                                Attorneys for Defendant
                                                 FAT BRANDS INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

130480616\V-1

- 24 -

ANSWER TO THE FIRST AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES