UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BALLARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FAT BRANDS INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00686-SB-DTB<br><br>**ORDER RE: STIPULATION FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

The Court having considered the Parties' Stipulation for Plaintiff to File Second Amended Complaint and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff shall file the Second Amended Complaint no later than July 25, 2025.

2. Defendants shall file a responsive pleading to Plaintiff's Second Amended Complaint within twenty-one (21) days of the date of service of the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: July 25, 2025

Stanley Blumenfeld, Jr.
United States District Judge