Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Michael J. Manning, Esq. (SBN 286879)
**MANNING LAW, APC**
26100 Towne Centre Drive
Foothill Ranch, CA 92610
Office: (949) 200-8755
Email: privacy@manninglawoffice.com

Attorneys for Plaintiff: CHARLES BALLARD

*[Attorneys for Defendants on next page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BALLARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FAT BRANDS INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 5:25-cv-00686-SB-DTB<br><br>Hon. Stanley Blumenfeld, Jr.<br><br>**JOINT NOTICE OF SETTLEMENT** |

Nick S. Pujji (SBN 259571)
nick.pujji@dentons.com
Emma Moralyan (SBN 311511)
emma.moralyan@dentons.com
**DENTONS**
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213 623 9300
Facsimile: 213 623 9924

Attorneys for Defendant,
FAT BRANDS INC.

The Parties by and through their undersigned counsel hereby jointly give the Court notice that Plaintiff CHARLES BALLARD and Defendant FAT BRANDS INC. (collectively, the "Parties") have reached a settlement in this matter.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates, including Defendant's August 18, 2025, deadline to respond to the Second Amended Complaint, with the expectation that the settlement will be consummated within sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.

Dated: August 18, 2025            **NATHAN & ASSOCIATES, APC**

By: /s/ Reuben D. Nathan
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

Dated: August 18, 2025            **DENTONS US LLP**

By: /s/ Emma Moralyan
Nick S. Pujji (SBN 259571)
Emma Moralyan  (SBN 311511)
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
E-Mail: emma.moralyan@dentons.com

*Attorneys for Defendant*

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Reuben D. Nathan hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

Dated: August 18, 2025                              By: /s/ Reuben D. Nathan
                                                    Reuben D. Nathan